Chester Lochman, as Administrator, etc., of Eugene Lochman, Deceased, Appellant, v. Luke & Sohn, Incorporated, and Others, Defendants, Walter J. Elam and Claude Barnard, Respondents.— Order affirmed, with costs. All concur; Thompson, J., having been present at the argument of said appeal, but having died on the 7th day of April, 1937, without having taken any part in the determination of this appeal. (The order sets aside a jury verdict for plaintiff

in an action to recover damages for death of intestate caused by falling steam shovel.) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.